UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENISE VEDROS DITTA, et al.** | CIVIL ACTION |
| **VERSUS** | NO. 12-2804 |
| **LOWE'S HOME CENTERS, INC.** | SECTION: "G"(5) |

### ORDER

The Court having been advised on October 24, 2013, that all of the parties to this action have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days of October 24, 2013, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 15th day of November, 2013.

*[signature: Nannette Jolivette Brown]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* attached email correspondence, dated Oct. 24, 2013.

 Denise Ditta, et al. v. Lowe's Home Centers, Inc.; Civil Action Number: 12-2804
Paul Politz
to:
efile-brown
10/24/2013 02:02 PM
Cc:
"Jason D. Bone", "Robert Grant"
Hide Details
From: "Paul Politz" <ppolitz@twpdlaw.com>

To: <efile-brown@laed.uscourts.gov>

Cc: "Jason D. Bone" <jbone@twpdlaw.com>, "Robert Grant" <rgrant@grantbarrow.com>

1 Attachment


image001.jpg

Dear Judge Brown:

As you are aware, a settlement conference in the matter titled *Denise Ditta, et al v. Lowe's Home Centers* was held on September 27, 2013 with Magistrate Chasez. Following this conference, the parties continued settlement negotiations and this matter has now resolved. Consequently, the settlement conference set for tomorrow, **October 25, 2013 at 2:30 pm** with Magistrate Chasez is no longer necessary. Pursuant to your chambers' instructions, we will file a Notice of Settlement.

Sincerely,

Paul Politz


**PAUL POLITZ**

**ppolitz@twpdlaw.com**



1515 Poydras Street, Suite 1900 | New Orleans, LA 70112
P: (504) 525-9888 | F: (504) 525-9899 | Toll Free: (866) 514-9888

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's priorpermission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in thiscommunication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.